United States District Court
Northern District of New York

# AMENDED JUDGMENT IN A CIVIL CASE

JENNIFER LOWE,

    Plaintiff,

        V.        CASE NUMBER:  7:07-cv-764 (NAM/GJD)

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

[X] Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further ORDERED that the within matter be, and hereby is, DISMISSED in accord with the decision in <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 17th day of March, 2008.

March 28, 2008
_____
**DATE**

LAWRENCE K. BAERMAN
_____
**CLERK OF COURT**

**s/**
_____
**BY: Lori M. Welch**
**DEPUTY CLERK**